IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
THERESA HOLBROOK KRAFT, et al.,   )
                                  )   CIV. S-04-129 GEB GGH
                  Plaintiffs,     )
                                  )
     v.                           )
                                  )   ORDER
SHANNON LANEY, et al.,            )
                                  )
                  Defendants.     )
_____)
```

      On April 20, 2005, the parties filed a joint consent to proceed before the Magistrate Judge for all purposes. See 28 U.S.C. § 636(c).

      If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed. See Local Rule 73-305(b) (prescribing "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral.")

Dated:  April 27, 2005

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

1                     <u>ACCEPTANCE OF REFERRAL</u>

2       Pursuant to the parties' consent and the approval of the

3 United States District Judge, I accept reassignment of this action for

4 all further proceedings, including entry of final judgment. All

5 documents hereafter filed shall be denominated as CIV. S-04-129 GGH.

6       IT IS SO ORDERED.

7 DATED: 4/27/05

8                                    /s/ Gregory G. Hollows

9                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

10 kraft0129.ref