```
 1  FRANKLIN G. GUMPERT #66051
    BARKETT & GUMPERT
 2  Attorneys at Law
    2862 Arden Way, Suite 101
 3  Sacramento, California  95825
    Telephone:  (916) 481-3683
 4  Facsimile:  (916) 481-3948

 5  Attorneys for Defendants
    COUNTY OF EL DORADO and SGT. DON ATKINSON
 6

 7
                 IN THE UNITED STATES DISTRICT COURT
 8
              IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10

11  THERESA HOLBROOK KRAFT,           No. CIV.S-04-0129 GGH

12           Plaintiff,               STIPULATION AND ORDER MODIFYING
                                      SCHEDULING ORDER
13  vs.

14  SHANNON LANEY, et al.,

15           Defendants.
                                    /
16
```

## STIPULATION

The parties to this action, through their respective attorneys of record, stipulate that the Court may make an order modifying certain dates previously established. These modifications *do not* change the date set for trial, pre-trial, or the last day on which motions may be heard.

These changes are made at the request of Defendants COUNTY OF EL DORADO and SGT. DON ATKINSON, and have requested additional time for completion of the matters set forth below.

|  | Old Date | New Date |
|---|---|---|
| Disclosure of expert witnesses by all parties, including reports pursuant to Rule 26 | April 29, 2005 | May 6, 2005 |

1

STIPULATION AND ORDER MODIFYING SCHEDULING ORDER

| | | |
|---|---|---|
| Disclosure of supplemental/ rebuttal experts by all parties | May 20, 2005 | May 27, 2005 |
| Completion of discovery | June 10, 2005 | June 17, 2005 |

DATED: April 28, 2005          LAW OFFICES OF AMITAI SCHWARTZ

                               By: _____/s/_____
                                   AMITAI SCHWARTZ, #
                                   Attorneys for Plaintiffs

DATED: April 28, 2005          McDONALD, SAELTZER, MORRIS
                                  CREEGGAN & WADDOCK

                               By: _____/s/_____
                                   RICHARD C. CREEGGAN
                                   Attorneys for Defendants
                                   SHANNON LANEY, DEANNA LEWIS, SCHYLER BEATY, MARK GENTLE, LESLIE SCOTT, DON MUREN and CITY OF SOUTH LAKE TAHOE

DATED: April 28, 2005          BARKETT & GUMPERT
                               Attorneys at Law

                               By: _____/s/_____
                                   FRANKLIN G. GUMPERT, #66051
                                   Attorneys for Defendants
                                   COUNTY OF EL DORADO and SGT. DON ATKINSON

DATED: April 28, 2005          KROLOFF, BELCHER, SMART,
                                  PERRY & CHRISTOPHERSON

                               By: _____/s/_____
                                   THOMAS O. PERRY
                                   Attorneys for Defendant
                                   BARTON HEALTHCARE SYSTEM

**ORDER**

Based on stipulation of counsel and good cause appearing, the Court makes this order modifying the Scheduling Order previously entered herein, as follows:

1. All parties will disclose expert witnesses, including reports pursuant to Rule 26, no later than May 6, 2005;

2. All parties will disclose rebuttal or supplemental expert witnesses no later than May 27, 2005;

3. All discovery will be completed no later than June 17, 2005;

4. In all other respects, the Scheduling Order previously entered remains unchanged.

DATED: 5/2/05

GREGORY G. HOLLOWS
MAGISTRATE OF THE UNITED STATES DISTRICT COURT