```
 1  FRANKLIN G. GUMPERT #66051                    FILED
    BARKETT & GUMPERT
 2  Attorneys at Law                              JUN 15 2005
    2862 Arden Way, Suite 101
 3  Sacramento, California  95825                 CLERK, U.S. DISTRICT COURT
    Telephone: (916) 481-3683                     EASTERN DISTRICT OF CALIFORNIA
 4  Facsimile: (916) 481-3948                     BY_____
                                                      DEPUTY CLERK
 5  Attorneys for Defendants
    COUNTY OF EL DORADO and SGT. DON ATKINSON
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  THERESA HOLBROOK KRAFT,           No. CIV.S-04-0129 GGH

12          Plaintiff,                STIPULATION RE FILING MOTION
                                      FOR SUMMARY JUDGMENT
13  vs.
                                      DATE:  July 21, 2005
14  SHANNON LANEY, et al.,            TIME:  10:00 a.m.
                                      CTRM:  24
15          Defendants.               TRIAL: October 24, 2005
    _____/
16

17       The parties to this action, through their respective

18  attorneys of record, stipulate that the parties may electronically

19  file and serve Motions for Summary Judgment and other dispositive

20  motions by June 23, 2005, and that electronic filing and service

21  28 days prior to the scheduled hearing date shall have the same

22  effect as personal service.

23  DATED:  June 9, 2005            LAW OFFICES OF AMITAI SCHWARTZ

24

25                                  By:  /s/ Amitai Schwartz
                                         AMITAI SCHWARTZ
26                                       Attorneys for Plaintiffs

27  ///

28  ///

                                    1
    STIPULATION RE FILING MOTION FOR SUMMARY JUDGMENT
```

```
 1  DATED:  June 9, 2005              McDONALD, SAELTZER, MORRIS
                                         CREEGGAN & WADDOCK
 2

 3
                                 By:   /s/ Richard C. Creeggan
 4                                     RICHARD C. CREEGGAN
                                       Attorneys for Defendants SHANNON
 5                                     LANEY, DEANNA LEWIS, SCHYLER BEATY,
                                       MARK GENTLE, LESLIE SCOTT, DON MUREN
 6                                     and CITY OF SOUTH LAKE TAHOE

 7  DATED:  June 9, 2005              BARKETT & GUMPERT
                                         Attorneys at Law
 8

 9
                                 By:   /s/ Franklin G. Gumpert
10                                     FRANKLIN G. GUMPERT, #66051
                                       Attorneys for Defendants
11                                     COUNTY OF EL DORADO and SGT. DON
                                       ATKINSON
12
    DATED:  June 9, 2005              KROLOFF, BELCHER, SMART,
13                                       PERRY & CHRISTOPHERSON

14

15                               By:   /s/ Thomas O. Perry
                                       THOMAS O. PERRY
16                                     Attorneys for Defendant
                                       BARTON HEALTHCARE SYSTEM
17

18                                  O R D E R

19          IT IS SO ORDERED.

20  DATED:  June 15, 2005
                                       GREGORY G. HOLLOWS
21                                     _____
                                       MAGISTRATE JUDGE
22
```

STIPULATION RE FILING MOTION FOR SUMMARY JUDGMENT