1  **Thomas O. Perry SBN 049699**
   **Allison Cherry Lafferty - SBN 204252**
2  **Jennifer L. Hippo - SBN 222219**
   **KROLOFF, BELCHER, SMART,**
3  **PERRY & CHRISTOPHERSON**
   **7540 Shoreline Drive (95219)**
4  **P.O. Box 692050**
   **Stockton, CA 95269-2050**
5  **PHONE: (209) 478-2000**

6  **Attorneys for Defendant**
   **BARTON HEALTHCARE SYSTEM**

8           **UNITED STATES DISTRICT COURT**
            **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA HOLBROOK KRAFT, on behalf of herself and as Successor-in-Interest of PAUL M. KRAFT, RACHEL KRAFT, SARAH KRAFT, and JEFFREY KRAFT, minors by their Guardian ad Litem, SUSAN KAREN HOLBROOK, | NO. S-04-129 EJG GGH |
| | **STIPULATION RE FILING OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| Plaintiffs, | |
| v. | DATE: July 21, 2005 |
| | TIME: 10:00 a.m. |
| SHANNON LANEY, DEANNA LEWIS, SCHYLER BEATY, MARK GENTLE, LESLIE SCOTT, CITY OF SOUTH LAKE TAHOE, CALIFORNIA, DONALD ATKINSON, COUNTY OF EL DORADO, CALIFORNIA, BARTON HEALTHCARE SYSTEM, INC., BARTON MEMORIAL HOSPITAL MANAGEMENT SERVICES ORGANIZATION, INC. and DOES 3 through 15, inclusive, | PLACE: CR 24, 8th Floor |
| Defendants / | |

23      The parties to this action, through their respective attorneys of record, stipulated that the parties may electronically file and serve their respective Oppositions to Motions for Summary Judgment by July 7, 2005, and that electronic filing and service 14 days prior to the scheduled hearing date shall have the same effect as personal service.

        It is further stipulated that the parties may electronically file and serve their respective Reply Briefs by July 14, 2005, and that electronic filing and service 7 days prior to the scheduled

1  hearing date shall have the same effect as personal service.

2  Dated: June 29, 2005                    KROLOFF, BELCHER, SMART,
                                           PERRY & CHRISTOPHERSON
3

4
                                           By:_____
5                                              THOMAS O. PERRY
                                               Attorney for Defendant BARTON
6                                              HEALTHCARE SYSTEM

7  Dated: June ___, 2005                   MCDONALD, SAELTZER, MORRIS,
                                           CREEGGAN & WADDOCK
8

9
                                           By:_____
10                                             RICHARD C. CREEGGAN
                                               Attorneys for Defenants SHANNON
11                                             LANEY, DEANNA LEWIS, SCHYLER
                                               BEATY, MARK GENTLE, LESLIE
12                                             SCOTT, DON MUREN and CITY OF
                                               SOUTH LAKE TAHOE
13
   Dated: June ____, 2005                  BARKETT & GUMPERT
14

15
                                           By:_____
16                                             FRANKLIN G. GUMPERT
                                               Attorneys for Defendants COUNTY
17                                             OF EL DORADO and SGT. DON
                                               ATKINSON
18

19  Dated: June ____, 2005                 LAW OFFICES OF AMITAI SCHWARTZ

20
                                           By:_____
21                                             AMITAI SCHWARTZ
                                               Attorneys for Plaintiffs
22
                                                       **O R D E R**
23
         IT IS SO ORDERED.
24
   Dated: 7/1/05                           /s/ Gregory G. Hollows
25                                         _____
                                           MAGISTRATE JUDGE
26  kraft129.ord06

27  G:\DOCS\GGH\DGGH1\orders.civ\kraft129.ord06.wpd(tll)

28