IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THERESA HOLBROOK KRAFT, et al.,

    Plaintiffs,                    No. CIV S-04-0129 GGH

    vs.

SHANNON LANEY, et al.,

    Defendants.              <u>ORDER</u>

_____/

        On August 29, 2995, defendants County of El Dorado and Don Atkinson filed a request for entry of judgment based on this court's August 24, 2005 order granting summary judgment to these defendants. Plaintiffs have filed an opposition. Due to the piecemeal litigation that would result in granting defendants' request, and the fact that trial is only a couple of months away, defendants' request is denied.

        Accordingly, IT IS ORDERED that defendants El Dorado County and Atkinson's request for entry of judgment, filed August 29, 2005, is denied.

DATED: 9/2/05

                                        /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
                                        U. S. MAGISTRATE JUDGE

GGH/076/Kraft0129.atk

1