Thomas O. Perry - SBN 049699
Allison Cherry Lafferty - SBN 204252
Jennifer L. Hippo - SBN 222219
KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
7540 Shoreline Drive (95219)
P.O. Box 692050
Stockton, CA 95269-2050
PHONE: (209) 478-2000

Attorneys for Defendant
BARTON HEALTHCARE SYSTEM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA HOLBROOK KRAFT, on behalf of herself and as Successor-in-Interest of PAUL M. KRAFT, RACHEL KRAFT, SARAH KRAFT, and JEFFREY KRAFT, minors by their Guardian ad Litem, SUSAN KAREN HOLBROOK,<br><br>Plaintiffs,<br><br>v.<br><br>SHANNON LANEY, DEANNA LEWIS, SCHYLER BEATY, MARK GENTLE, LESLIE SCOTT, CITY OF SOUTH LAKE TAHOE, CALIFORNIA, DONALD ATKINSON, COUNTY OF EL DORADO, CALIFORNIA, BARTON HEALTHCARE SYSTEM, INC., BARTON MEMORIAL HOSPITAL MANAGEMENT SERVICES ORGANIZATION, INC. and DOES 3 through 15, inclusive,<br><br>Defendants<br>_____/ | NO. S-04-129 EJG GGH<br><br>STIPULATION RE FILING OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF DEFENDANT BARTON HEALTHCARE SYSTEM'S EXPERT TIMOTHY ALBERTSON, M.D. |

## STIPULATION

The parties to this action, through their respective attorneys of record, stipulate that the Opposition of Barton Healthcare System to Plaintiff's Motion to Exclude Testimony of Defendant

1  Barton Healthcare System's expert Timothy Alberton, M.D. may be filed on or before Wednesday,
2  September 14, 2005.

3  DATED: September 9, 2005                LAW OFFICES OF AMITAI SCHWARTZ
4
5
6                                          By:_____/s/_____
                                               AMITAI SCHWARTZ
                                           Attorneys for Plaintiffs
7
8  DATED: September 9, 2005                MCDONALD, SAELTZER, MORRIS,
                                           CREEGGAN & WADDOCK
9
10                                         By: _____/s/_____
                                               RICHARD C. CREEGGAN,
11                                         Attorneys for Defendants,
                                           SHANNON LANEY, DEANNA LEWIS, SCHYLER
12                                         BEATY, MARK GENTLE, LESLIE SCOTT, DON
                                           MUREN and CITY OF SOUTH LAKE TAHOE
13
14 DATED: September 9, 2005                KROLOFF, BELCHER, SMART,
                                           PERRY & CHRISTOPHERSON
15
16
17                                         By:_____/s/_____
                                               THOMAS O. PERRY
                                           Attorneys for Defendant
18                                         BARTON HEALTHCARE SYSTEM
19
     IT IS SO ORDERED.
20
                                           GREGORY G. HOLLOWS
21   Dated: Sept. 13, 2005
                                           _____
22                                         Hon. Gregory G. Hollows
                                           United States Magistrate Judge
23
24
25
   G:\data\wpdata\TOP\Kraft.bar\Stip.wpd(acl)
26
27
28
                                                              Stipulation re Filing Opposition
                                                              to Plaintiff's Motion to Exclude
                                                              Testimony of Defendant Barton Healthcare
                                                              Systems Expert Timothy Albertson, M.D.